# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

JERRY WAYNE PATE                                                                                    PETITIONER
Reg. #29678-076

v.                                       2:19CV00137-LPR-JJV

DEWAYNE HENDRIX,
Warden, FCI – Forrest City Low                                                            RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe.  No objections have been filed.[1]  After careful consideration of the Proposed Findings and Recommended Disposition as well as the record, the Court concludes the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that Mr. Pate's § 2241 Petition for Writ of Habeas Corpus (Doc. No. 1) is DISMISSED with prejudice.

SO ORDERED this 31st day of August, 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] The Proposed Findings and Recommended Disposition was issued on May 1, 2020.  On May 26, 2020, Mr. Pate asked for an extension to respond until July 10, 2020.  The Court granted him an even longer extension, giving him until July 31, 2020 to respond.  Mr. Pate did not respond by July 31, 2020, and he has not done so since then.