# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

JERRY WAYNE PATE                                                                    PETITIONER
Reg. #29678-076

v.                                       2:19CV00137-LPR-JJV

DEWAYNE HENDRIX,
Warden, FCI – Forrest City Low                                                      RESPONDENT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice.

SO ORDERED this 31st day of August, 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE